UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

VICKI R. DOUGLAS,

    Plaintiff,

v.

SUPER 8 MOTEL,

    Defendant.

Case No. 11-cv-640-JPG-SCW

## MEMORANDUM AND ORDER

This matter comes before the Court on plaintiff Vicki R. Douglas' motion for an extension of time (Doc. 26) to respond to the defendant's motion to dismiss, which the Court has construed as a motion for summary judgment under Federal Rule of Civil Procedure 56. The Court **GRANTS** the motion for an extension of time (Doc. 26) and **ORDERS** that Douglas shall have up to and including March 23, 2012, to respond to the defendant's motion.

**IT IS SO ORDERED.**
**DATED: February 23, 2012**

        s/ J. Phil Gilbert
        **J. PHIL GILBERT**
        **DISTRICT JUDGE**