UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| VICKI R. DOUGLAS,<br><br>    Plaintiff,<br><br>v.<br><br>SUPER 8 MOTEL,<br><br>    Defendant. | Case No. 11-cv-640-JPG-SCW |

## JUDGMENT

This matter having come before the Court, the issues having been heard, and the Court having rendered a decision,

IT IS HEREBY ORDERED AND ADJUDGED that judgment is entered in favor of defendant Kaival Motel, Inc. d/b/a Super 8 Motel and against plaintiff Vicki R. Douglas.

**DATED: April 5, 2012**　　　　　　NANCY J. ROSENSTENGEL, **Clerk of Court**

　　　　　　　　　　　　　　　　**s/Brenda K. Lowe, Deputy Clerk**


**Approved:**　　s/ J. Phil Gilbert
　　　　　　　　**J. PHIL GILBERT**
　　　　　　　　**DISTRICT JUDGE**